UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| REBECCA BLAKESLEY., <br><br> Plaintiff, <br><br> v. <br><br> COLLEEN MARCUS and <br> JENNIFER MARCUS <br><br> Defendants. | Civil Action No. 3:24-CV-20017-MGM |

**MOTION TO WITHDRAW AS COUNSEL**

Now comes Patrick J. Dolan and moves to withdraw as counsel for the Plaintiff. As grounds for this motion, Mr. Dolan states that his license to practice law has been suspended and therefore withdrawal is mandatory.

The Plaintiff is currently searching for new counsel and it is expected she will file a motion to continue the hearing on the Defendants' motion to dismiss, currently scheduled for December 20, 2024, for an additional 30 days. Ms. Blakesley's contact information is below:

Rebecca Blakesley
836 Southampton Road, Suite B #115
Bernicia, CA 94510
415-605-5760
rebeccajblakesley@gmail.com

 /s/ *Patrick J. Dolan*_____
Patrick J. Dolan, Esq., BBO 564250
Cornell Dolan, P.C.
Ten Post Office Square Suite 800 South
Boston, MA 02109
Tel: (617) 850-9036
Email: pdolan@cornelldolan.com

1

## CERTIFICATE OF SERVICE

I certify that a true copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 10, 2024.  A copy of this motion will also be sent to the Plaintiff.

*/s/ Patrick J. Dolan*