# United States Court of Appeals
## For the First Circuit

No. 25-1149

REBECCA BLAKESLEY,

Plaintiff - Appellee,

v.

JENNIFER MARCUS; COLLEEN MARCUS,

Defendants - Appellants.

### MANDATE

Entered: November 24, 2025

In accordance with the judgment of October 31, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. Mark G. Mastroianni
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Paul M. Bromwich
Shaun Khan
Edward J. McDonough Jr.
Michael G. McDonough
Keith L. Sachs